| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | **USDC-SDNY**<br>**DOCUMENT**<br>**ELECTRONICALLY FILED**<br>**DOC#:**<br>**DATE FILED:** |

OSEAS QUIC, *et al.*,

                        Plaintiffs,

         v.

UNCLE MARIO'S BRICK OVER PIZZA LLC, *et al.*,

                        Defendants.

20-CV-8712 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      It is the Court's understanding that the parties are scheduled to engage in a mediation on Tuesday, April 20, 2021.  Dkt. 24.  Accordingly, the initial pre-trial conference, currently scheduled for April 23, 2021, is adjourned sine die.  No later than one week after the termination of mediation, the parties shall write a joint letter to the Court informing the Court whether mediation was successful.  If mediation was not successful, the Court will reschedule the initial pre-trial conference at that time.

SO ORDERED.

Dated:    April 19, 2021
            New York, New York

                                                RONNIE ABRAMS
                                                United States District Judge