# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

May 21, 2021

**Via ECF**

Hon. Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.
SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
May 25, 2021

Re:  Oseas Quic, et al v. Uncle Mario's Brick Oven Pizza LLC, et al
  Index No.: 20-08712 (RA)

Your Honor:

My office represents Plaintiffs in the above-captioned matter. I write, jointly with defense counsel, to respectfully request the Court to grant the parties a short extension of time to submit their settlement agreement ("agreement") for Court approval, from the current deadline of May 21, 2021 to May 26, 2021. This is the first request of its kind.

Counsel for the parties have prepared an agreement, but the parties need additional time to review and sign the agreement. Accordingly, the parties respectfully request the Court to grant their application for a short extension of time to submit the agreement for Court approval.

The parties thank the Court for its time and consideration of this matter.

Respectfully submitted,

/s_____
William K. Oates, Esq.
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiffs*

cc:  Anthony G. Mango, Esq. (via ECF)
  *Attorney for Defendants*