# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165
_____

woates@faillacelaw.com

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

September 28, 2021

VIA ECF
Hon. Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: Oseas Quic, et al v. Uncle Mario's Brick Oven Pizza LLC, et al
       Index No.: 20-08712 (RA)

Your Honor:

  This office represents Plaintiffs in the above-referenced matter. On June 1, 2021, we submitted a settlement agreement to the Court for Your Honor's review. We respectfully inquire as to whether the Court needs additional material in order to reach a decision on the fairness of the settlement. We await the Court's instruction.

  Plaintiffs thank the Court for its time and attention to this matter.

            Respectfully submitted,

            /s/ William K. Oates_____
            William K. Oates